**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Robert Andrew Corona, | ) | Case No. 1:21-cr-232 |
| | ) | |
| Defendant. | ) | |

On July 24, 2024, Defendant entered a guilty plea to the offense of conspiracy to distribute and possess with intent to distribute a controlled substance. (Doc. No. 107). The Court accepted Defendant's guilty plea and on March 4, 2025 entered judgment, sentencing Defendant to a term of imprisonment of a 120 months, with credit for time served. (Doc. Nos. 107 and 119).

On April 21, 2026, Defendant filed what the Court construed as a motion for a reduction in sentence. (Doc. No. 121). Identifying Defendant as a an individual who may be eligible to seek a reduced or modified sentence based upon Amendment 821 to the United States Sentencing Guidelines, the court appointed attorney Steven Morrison to represent Defendant in matters pertaining to Defendant's entitlement to relief under Amendment 821 to the United States Sentencing Guidelines. (Doc. No. 122). Other than the filing of a notice of appearance filed by attorney Morrison in April 2026 and transcripts in May 2026 and there has been little apparent activity in this matter. (Doc. Nos. 123 through 129).

To ensure that this matter proceeds expeditiously, **IT IS ORDERED** that Defendant shall have until August 31, 2026, supplement his motion for a reduction in sentence. Plaintiff shall have until September 25, 2026, to file a response to Defendants' motion. Defendant shall have until

October 2, 2026, to file a reply.

Dated this 19th day of August, 2026.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court